UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:

CASE NO.: 14-03704-KSJ

JOSE H URENA
AKA JOSE URENA
MARIANELA URENA

CHAPTER: 13

Debtor(s).
_____/

**ORDER GRANTING FEDERAL NATIONAL MORTGAGE ASSOCIATION C/O SETERUS, INC. AS ITS AUTHORIZED SUB-SERVICER'S ORE TENUS MOTION FOR RELIEF FROM STAY**

This case came on for hearing on November 12, 2014, upon the Ore Tenus Motion for Relief from Stay by **FEDERAL NATIONAL MORTGAGE ASSOCIATION C/O SETERUS, INC. AS ITS AUTHORIZED SUB-SERVICER** (the "Motion"). Accordingly, it is:

**ORDERED**:

1. The Ore Tenus Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

   **Lot 63, Crestwood, according to the plat thereof as recorded in Plat Book 13, Pages 60 through 63, inclusive, of the Public Records of Osceola County, Florida.**

   **AKA: 3509 Bent Wood Drive, Kissimmee, FL 34741**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

11-28977B

4. If applicable, the Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is denied.

DONE AND ORDERED in ORLANDO, Florida, on December 03, 2014

Karen S. Jennemann
United States Chief Bankruptcy Judge

Attorney, Brian L. Rosaler, is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

11-28977B